Form B 250D (12/09)

# United States Bankruptcy Court
## Northern District Of Illinois

In re  Equipment Acquisition Resources,  )   Case No. __09 B 39937__
        Debtor                             )
Equipment Acquisition Resources, Inc.      )   Chapter __11__
        Plaintiff                          )
        v.                                 )   Adv. Proc. No. __10-00099__
United States of America                   )
    Defendant, Third-party plaintiff       )
        v.                                 )
    Mark W. Anstett, et al.                )
    Third-party defendant                  )

To: Sheldon G. Player

## THIRD-PARTY SUMMONS

YOU ARE SUMMONED and required to file a motion or answer to the third-party complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the third-party complaint within 35 days.

Address of the clerk:  U.S. Bankruptcy Court
Dirksen Federal Building
219 S. Dearborn St., Room 713
Chicago, IL 60604

At the same time, you must also serve a copy of the motion or answer upon the defendant's attorney.

Name and Address of Defendant's Attorney:  Patrick Gushue
U.S. Department of Justice, Tax Division
P.O. Box 55
Washington, DC 20044

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Name and Address of Plaintiff's Attorney:  George Apostolides
Arnstein & Lehr LLP
120 S. Riverside Plaza, Suite 1200
Chicago, IL 60606

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012. If you are also being served with a copy of the complaint of the plaintiff, you have the option of not answering the plaintiff's complaint **unless** this is an admiralty or maritime action subject to the provisions of Fed. R. Civ. P. 9(h) and 14(c), in which case you are required to file a motion or an answer to both the plaintiff's complaint and the third-party complaint, and to serve a copy of your motion or answer upon the appropriate parties.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address United States Bankruptcy Court for the Northern District of Illinois 219 South Dearborn Chicago, IL 60604 | Room 680 |
|---|---|
| | Date and Time May 10, 2010 at 10:00AM |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE THIRD-PARTY COMPLAINT.**

Date: APR 1 5 2010

Kenneth S. Gardner   (Clerk of the Bankruptcy Court)

By: _Sabrina Daniel_ (Deputy Clerk)

## SEAL COPY