Form B 250D (12/09)

# United States Bankruptcy Court
## Northern District Of Illinois

In re  Equipment Acquisition Resources,  ) Case No.  09 B 39937
         Debtor                            )
Equipment Acquisition Resources, Inc.      ) Chapter  11
         Plaintiff                         )
         v.                                ) Adv. Proc. No.  10-00099
United States of America                   )
         Defendant, Third-party plaintiff  )
         v.                                )
Mark W. Anstett, et al.                    )
         Third-party defendant             )

## THIRD-PARTY SUMMONS

To: Mark W. Anstett

YOU ARE SUMMONED and required to file a motion or answer to the third-party complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the third-party complaint within 35 days.

Address of the clerk:  U.S. Bankruptcy Court
Dirksen Federal Building
219 S. Dearborn St., Room 713
Chicago, IL 60604

At the same time, you must also serve a copy of the motion or answer upon the defendant's attorney.

Name and Address of Defendant's Attorney:  Patrick Gushue
U.S. Department of Justice, Tax Division
P.O. Box 55
Washington, DC 20044

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Name and Address of Plaintiff's Attorney:  George Apostolides
Arnstein & Lehr LLP
120 S. Riverside Plaza, Suite 1200
Chicago, IL 60606

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012. If you are also being served with a copy of the complaint of the plaintiff, you have the option of not answering the plaintiff's complaint **unless** this is an admiralty or maritime action subject to the provisions of Fed. R. Civ. P. 9(h) and 14(c), in which case you are required to file a motion or an answer to both the plaintiff's complaint and the third-party complaint, and to serve a copy of your motion or answer upon the appropriate parties.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Room |
|---|---|
| United States Bankruptcy Court for the Northern District of Illinois<br>219 South Dearborn<br>Chicago, IL 60604 | 680 |
| | **Date and Time**<br>May 10, 2010 at 10:00AM |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE THIRD-PARTY COMPLAINT.**

Date: APR 16 2010

Kenneth S. Gardner  (Clerk of the Bankruptcy Court)

By: _[signature]_ (Deputy Clerk)

## SEAL COPY

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
CASE NO. **09 B 39937**
AFFIDAVIT OF SPECIAL PROCESS SERVER

**Michael Fahey**, being first duly sworn on oath deposes and says that he served process in the above mentioned cause.
That he served the within:

        ( ) Summons & Complaint
        ( ) Citation to Discover Assets
        ( ) Rule to Show Cause
        ( ) Subpoena
        ( X ) Other: **Third-Party Summons; United States' Amended Answer (Adding Third-Party Complaint)**

1.    ( X ) By leaving a copy with the named party, **Mark W. Anstett** personally on **April 22, 2010**.

2.    ( ) On the within named party, -------, by leaving a copy with -------, -------, who states that they are a member of the household on -------, and informed that person of the contents thereof, and that further he mailed a copy of same in a sealed envelope with postage prepaid addressed to the party on -------.

3.    ( ) On the within party, ------- by leaving a copy with -------, on -------, and informed that person of the contents thereof.

4.    ( X ) That the sex, race and approximate age of the person with whom he left the documents were as follows:

**SEX: Male**        RACE: **Caucasian**        APPROXIMATE AGE: **53**

5.    ( X ) That the place where and the time of day when the documents were served were as follows:

PLACE: **1111 S. Estate Ln., Lake Forest, IL 600545**
TIME OF DAY: **7:28 PM**

6.    ( ) That he was unable to serve the within named party ------- located at ------- for the reason: -------

Signed and Sworn to before me
This **23**rd day of **April 2010**.

                                          Michael Fahey
                                          Special Process Server
                                          IT'S YOUR SERVE, INC.
                                          Private Detective No. 117-000885

OFFICIAL SEAL
FELICIA CONROY
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:11/19/11